**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 25-1544**

———————

LOUIS B. ANTONACCI, an individual,

Plaintiff - Appellant,

v.

RAHM EMANUEL, an individual; STEPHEN B. SHAPIRO, an individual; PAUL J. KIERNAN, an individual; HOLLAND & KNIGHT, LLP, a limited liability partnership; SETH T. FIRMENDER, an individual; FTI CONSULTING, INC., a for-profit corporation; ROKK SOLUTIONS LLC, a limited liability company; STORIJ, INC., d/b/a The So Company, d/b/a Driggs Research International, d/b/a STOR Technologies, a for-profit corporation; BEAN LLC, d/b/a Fusion GPS, a limited liability company; DERRAN EADDY, an individual; PERKINS COIE LLP, a general partnership; SEYFARTH SHAW, a limited liability partnership; MATTHEW J. GHERINGER, an individual,

Defendants - Appellees.

———————

**No. 24-1545**

———————

LOUIS B. ANTONACCI, an individual,

Plaintiff - Appellant,

v.

BEAN LLC, d/b/a Fusion GPS, a limited liability company,

Defendant - Appellee,

and

RAHM EMANUEL, an individual; STEPHEN B. SHAPIRO, an individual; PAUL J. KIERNAN, an individual; HOLLAND & KNIGHT, LLP, a limited liability partnership; SETH T. FIRMENDER, an individual; ROKK SOLUTIONS LLC, a limited liability company; STORIJ, INC., d/b/a The So Company, d/b/a Driggs Research International, d/b/a STOR Technologies, a for-profit corporation; FTI CONSULTING, INC., a for-profit corporation; DERRAN EADDY, an individual; PERKINS COIE LLP, a general partnership; SEYFARTH SHAW, a limited liability partnership; MATTHEW J. GHERINGER, an individual,

Defendants.

---

Appeals from the United States District Court for the Eastern District of Virginia, at Alexandria.   Michael Stefan Nachmanoff, District Judge; Lindsey Robinson Vaala, Magistrate Judge.  (1:24-cv-00172-MSN-LRV)

---

Submitted:  April 2, 2025                                      Decided:  April 9, 2025

---

Before GREGORY and WYNN, Circuit Judges, and KEENAN, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

**ON BRIEF:** Louis B. Antonacci, ANTONACCI PLLC, Alexandria, Virginia, for Appellant.   John K. Roche, Barak Cohen, PERKINS COIE LLP, Washington, D.C.; Vernon W. Johnson, III, NIXON PEABODY LLP, Washington, D.C.; Jason M Crawford, Lyndsay A. Gorton, Amanda H. McDowell, CROWELL & MORING LLP, Washington, D.C.; Danny M. Howell, HOWELL & ROWLETT, PLLC, Vienna, Virginia; Gerald Zingone, Michael McNamara, Shelby Dyl, PILLSBURY WINTHROP SHAW PITTMAN LLP, Washington, D.C.; John M. Remy, Jason A. Ross, JACKSON LEWIS P.C., Reston, Virginia; Jonathan S. Deem, Joshua I. Hammack, Paul-Kalvin Collins, BAILEY & GLASSER, LLP, Washington, D.C., for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

In these consolidated cases, Louis B. Antonacci appeals the district court's orders granting Defendants' motions to dismiss Antonacci's civil complaint (Appeal No. 24-1544), and the magistrate judge's order denying Antonacci's second request for entry of default against Defendant Bean, LLC, d/b/a Fusion GPS (Appeal No. 24-1545).  We have reviewed the record and find no reversible error.  Accordingly, we affirm the appealed from orders.  *Antonacci v. Emanuel*, No. 1:24-cv-00172-MSN-LRV (E.D. Va. May 23, 2024; June 7, 2024).  We also deny Antonacci's motions to vacate the court's order consolidating these appeals and for entry of summary reversal.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*